UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. §1341 |
| | : | (Mail Fraud Scheme to Obtain Money); |
| DONNA WOODS, | : | 22 D.C. Code §§ 3211, 3212(b) |
| Defendant. | : | (Second Degree Theft) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about January 2001, and continuing to on or about October 2002, the defendant, **DONNA WOODS,** devised a scheme for obtaining money by means of fraudulent representations and for the purpose of executing such scheme did use the U.S. mails on or about October 2002.

(**Mail Fraud Scheme to Obtain Money**, in violation of Title 18, United States Code, Section 1341)

### COUNT TWO

From on or about January 2001, and continuing to on or about October 2002, within the District of Columbia, **DONNA WOODS,** did wrongfully obtained and used property of value, consisting of unemployment insurance payments, with the intent to appropriate the property for her own use.

(**Second Degree Theft**, in violation of Title 22, District of Columbia Code, Sections 3211 and 3212(b))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
JEFFREY PEARLMAN
Assistant United States Attorney
Bar No. 466901
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, D.C. 20530
(202) 353-2385