AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA
V.
__Donna Woods__

**WAIVER OF INDICTMENT**

CASE NUMBER: __07-194__

**FILED**
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Donna Woods__, the above named defendant, who is accused of

__Second Degree Theft (22 DC 3211, 3212(b))__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __September 21, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before __[signature] Rosemary M. Collyer__
_Judicial Officer_
21 Sept 2007