UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-194 (RMC) |
| DONNA WOODS ) | |
| Defendant. ) | |

**FILED**
**SEP 27 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Defendant Donna Woods entered a plea of guilty to a one-count Information on September 21, 2007, and was released pending sentencing upon the condition, *inter alia*, that she pay $400 each month towards the restitution owed. At the time of her plea, the United States was unable to provide payee information for the restitution. It has now done so.

Therefore, Defendant Donna Woods is **ORDERED** to pay $400 each month that she is on release to:

>Department of Employee Services
>609 H Street, N.E.
>Room 318
>Washington, D.C. 20002

**SO ORDERED.**

ROSEMARY M. COLLYER
United States District Judge

DATE: 26 Sept 2007