UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Southern Division

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | **Case No. CR-07-194** |
| **v.** ) | |
| ) | |
| ) | |
| **DONNA WOODS** ) | |
| ) | |

**DEFENDANT DONNA WOODS' POSITION WITH RESPECT
TO PRE-SENTENCE INVESTIGATION**

Comes now Defendant, Donna Woods, by and through her attorney, Bruce A. Johnson, and submits the following corrections to the presentence investigation prepared by Sherry Brandon.

1. Ms. Woods asserts her husband was not and is not emotionally abusive. Apparently there was some confusion on the part of Ms. Woods and/or Ms. Brandon. (See, Page 8, Paragraph 33).

2. Ms. Woods never worked for Meriam Gray as indicted in the Presentence Investigation report. (See, page 11, Paragraph 54).

                Respectfully submitted,

                BRUCE A. JOHNSON JR., LLC

                _/s/ _BRUCE A. JOHNSON, JR._____
                Bruce A. Johnson, Jr., Esquire (#445925)
                4301 Northview Drive
                Bowie, Maryland 20716
                (301) 860-1505

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Position on the Presentence Investigation was served via electronic service on this _4__ day of December 2007 to:


Jeffery Pearlman
555 4th Street, N.W.
Room 10-447
Washington, D.C. 20530

Sherry Brandon
United States Probation Officer
333 Constitution Ave N.W.
Room 2800
Washington DC 20001


    _/s/ _BRUCE A. JOHNSON, JR._____
    Bruce A. Johnson, Jr.