UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CRIMINAL NO.  07-194 |
| v. | : | Judge Rosemary Collyer |
| | : | Sentencing: December 19, 2007 |
| | : | |
| **Donna Woods,** | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MEMORANDUM IN AID OF SENTENCING AND MOTION TO LATE FILE SAME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, and Motion to Late File Same, recommending that the defendant be sentenced to a sentence of 1 year of probation and restitution. In support thereof, the United States respectfully states the following:

Background

The government moves to file this Memorandum in Aid of Sentencing late.  On November 15, 2007, the government wrote comments to the presentence draft but due to administrative errors on the part of the government the comments were not timely sent.  When the presentence writer alerted the government to this fact, the government sent the comments.  The government then subsequently received the probation report, dated December 12, 2007, on either December 14 or 17. The government recognizes that its failure to send initial comments may have resulted in a delay to the filing of the final report, but has moved quickly to file its Memorandum in Aid of Sentencing.

The Presentence Investigation Report accurately acknowledges the facts of this case.  The

government notes the theft in this case amounts to $18,945. It is the government's understanding based on a brief conversation with the investigating agent that within the past couple of weeks the defendant has attempted to make a restitution payment.

### Statutory Penalties

Pursuant to 22 D.C. Code § 3211 and 3212(b), the charge of Second Degree Theft carries a term of 180 days confinement or a $1000 fine, or both.

### Sentencing Recommendation

The government recommends that the defendant be sentenced to one year of probation and be required to pay restitution to the Department of Employee Services, 609 H Street, NE. The defendant's systematic and continuous theft of government money requires more significant punishment than simply having the government accept back the money the defendant stole. The government's proposed sentence underscores the serious nature of the offense and will deter the defendant and others from such schemes in the future. However, the government's proposed sentence also recognizes the defendant's contrition, her willingness to resolve this matter without delay, as well as the fact that the defendant will need access to employment in order to pay off her debt to the United States.

WHEREFORE, based upon the above discussion, and the information reflected in the presentence report, the United States respectfully recommends a period of one year of probation.

Respectfully,

JEFFREY A. TAYLOR
United States Attorney


By: _____/s/_____
Jeff Pearlman
ASSISTANT UNITED STATES ATTORNEY
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4231
Washington, D.C. 20530
Phone: (202) 353-2385
Fax: (202) 514-6010
jeffrey.pearlman@usdoj.gov